1  Kraig D. Jennett (Bar No. 261019)
   Clark Hill PLC
2  1001 Pennsylvania Avenue, N.W.
   Suite 1300 South
3  Washington, DC  20004
   Telephone: (202) 772-0913
4  Facsimile: (202) 772-0919
5  Email: kjennett@clarkhill.com

6  *Counsel for Defendant Otter.ai, Inc.*

7                  **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9                           **SAN JOSE DIVISION**

10

11 | JUSTIN BREWER, individually and on behalf of others similarly situated, | ) Case No.: 5:25-cv-06911-EKL-VKD |
   | --- | --- |
12 | | ) |
   | Plaintiff, | ) **JOINT STIPULATION AND** |
13 | | ) **[PROPOSED] ORDER** |
   | v. | ) **EXTENDING TIME TO RESPOND TO** |
14 | | ) **PLAINTIFF'S COMPLAINT** |
   | OTTER.AI, INC., | ) |
15 | | ) Complaint Filed: August 15, 2025 |
   | Defendant. | ) |

20     Plaintiff Justin Brewer ("Plaintiff") and Defendant Otter.ai, Inc., ("Defendant") (together,

21 the "Parties"), by and through their respective counsel of record, have agreed and hereby stipulate

22 as follows:

23     **WHEREAS**, Plaintiff filed his Complaint against Defendant on August 15, 2025;

24     **WHEREAS**, Defendant was served with the Complaint on August 19, 2025;

25     **WHEREAS**, the deadline for Defendant to respond to Plaintiff's Complaint is currently

26 set for September 9, 2025;

27

28 | JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT | CASE NO.: 5:25-CV-06911-EKL |
   | --- | --- |

**WHEREAS**, the Parties have conferred and agreed to extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days;

**NOW, THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** to extend Defendant's deadline to respond to Plaintiff's Complaint to October 9, 2025.

IT IS SO STIPULATED AND AGREED.

                                                  Respectfully Submitted,

Dated: September 5, 2025

                                                  /s *Kraig Jennett*
Kraig D. Jennett (Bar No. 261019)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004
Telephone: (202) 772-0913
Facsimile: (202) 772-0919
Email: kjennett@clarkhill.com

*Counsel for Defendant Otter.ai, Inc.*

Dated: September 5, 2025           MEYER WILSON WERNING CO., LPA
By:  /s *Matthew R. Wilson*
Matthew R. Wilson
E-mail: mwilson@meyerwilson.com

*Attorney for Plaintiff Brewer and the Proposed Class*

**SIGNATURE ATTESTATION**

I, Kraig Jennett, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By: /s/ *Kraig Jennett*
Kraig Jennett

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2025, I caused a true and correct copy of the above and foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF filing platform. Notice of this filing will automatically be sent to all parties by operation of the Court's electronic filing system.

*/s/ Kraig D. Jennett*
Kraig D. Jennett (Bar No. 261019)