1 | Kraig D. Jennett (Bar No. 261019)
2 | Clark Hill PLC
3 | 1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004
4 | Telephone: (202) 772-0913
Facsimile: (202) 772-0919
5 | Email: kjennett@clarkhill.com

*Counsel for Defendant Otter.ai, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN BREWER, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>OTTER.AI, INC.,<br><br>          Defendant. | Case No.: 5:25-cv-06911-EKL<br><br>**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OTTER.AI, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant Otter.ai, Inc. ("Otter.ai") by and through its undersigned attorneys, hereby submits the following corporate disclosure statement.

1. Otter.ai does not have a parent company, and no publicly held corporation owns 10% or more of Otter.ai's stock.

2. By filing this Corporate Disclosure Statement, Otter.ai does not waive any defenses or responses to the Complaint, including but not limited to the lack of personal jurisdiction.

Respectfully Submitted,

Dated: September 5, 2025

/s *Kraig Jennett*_____
Kraig D. Jennett (Bar No. 261019)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004
Telephone: (202) 772-0913
Facsimile: (202) 772-0919
Email: kjennett@clarkhill.com

*Counsel for Defendant Otter.ai, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2025, I caused a true and correct copy of the above and foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF filing platform.  Notice of this filing will automatically be sent to all parties by operation of the Court's electronic filing system.

*/s/ Kraig D. Jennett*
Kraig D. Jennett (Bar No. 261019)
