**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUSTIN BREWER, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OTTER.AI, INC.,<br><br>　　　　Defendant. | Case No.: 5:25-cv-06911-EKL<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: August 15, 2025 |

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY GRANTED that Defendant has until October 9, 2025 to respond to Plaintiff's Complaint.

IT IS SO ORDRED.

_____
Judge Eumi K. Lee