UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NADINE WINSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>OTTER.AI INC.,<br><br>        Defendant. | Case No. 25-cv-07712-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rules 3-12(c), the above-captioned matter is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to Case No. 5:25-cv-06911-EKL *Brewer v. Otter.ai, Inc*.

**IT IS SO ORDERED.**

Dated: September 11, 2025

Virginia K. DeMarchi
United States Magistrate Judge