Kraig Jennett (Bar No. 261019)
Clark Hill PLC
1001 Pennsylvania Ave, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:     (202) 772-0913
Facsimile:     (202) 772-0919
Email: kjennett@clarkhill.com

*Counsel for Defendant Otter.ai, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BREWER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTTER.AI, INC.,<br><br>Defendant. | Case No. 5:25-CV-06911-EKL-VKD<br><br>**SECOND JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: August 15, 2025 |

Plaintiff Justin Brewer ("Plaintiff") and Defendant Otter.ai, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, have agreed and hereby stipulate as follows:

1.     Between August 15, 2025 and September 10, 2025, four separate, substantially similar class action complaints were filed in the United States District Court for the Northern District of California regarding Defendant's "Otter Notetaker" service. *See Brewer v. Otter.ai, Inc.,* 5:25-cv-06911 ("*Brewer*"); *Jasper Pierson Walker et al. v. Otter.ai, Inc.*, 5:25-cv-07187 ("*Walker*"); *Chaka Theus v. Otter.ai, Inc.*, 5:25-cv07462 ("*Theus*"); *Nadine Winston v. Otter.ai, Inc.*, 5:25-cv-07712 ("*Winston*") (collectively, the "Related Matters").

2.     On September 25, 2025, Plaintiff and the other plaintiffs in the Related Matters (collectively, "Plaintiffs") filed a stipulated motion on the *Brewer* docket, requesting, *inter alia*, that the *Brewer*, *Walker*, *Theus*, and *Winston* cases be consolidated, that the *Brewer* case, as the

first-filed action, be designated as the lead case, that Plaintiffs file a consolidated class action complaint no later than 45 days following entry of the Court's order on the motion, and that Defendant be granted 45 days to file its responsive pleading ("Consolidation Motion").

3. Defendant does not oppose consolidation, and takes no position on Plaintiffs' proposed interim leadership structure.

4. Pursuant to the Court's September 8, 2025 Order, Defendant must answer or otherwise respond to the complaint in the instant action by October 9, 2025.

5. In the event that the Court grants Plaintiffs' Consolidation Motion, the *Brewer*, *Walker*, *Theus*, and *Winston* complaints will no longer be operative and Plaintiffs will file a new consolidated complaint. Given the unique procedural posture of this case, the Parties proffer that judicial economy would be best served by further extending the time that Defendant has to respond to Plaintiff's Complaint by 30 days, in order to spare the Defendants the time and resources to respond to two separate complaints and the Court reviewing two separate responses.

For the foregoing reasons, the Parties have conferred and agreed to extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days;

**NOW, THEREFORE,** the Parties hereby **STIPULATE** and **AGREE** to extend Defendant's deadline to respond to Plaintiff's Complaint to November 10, 2025.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: October 9, 2025

/s/ *Kraig D. Jennett*_____
Kraig Jennett (Bar No. 261019)
Clark Hill PLC
1001 Pennsylvania Ave, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:    (202)-772-0913
Facsimile:     (202) 772-0919
Email: kjennett@clarkhill.com

*Counsel for Defendant Otter.ai, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October, 2025, I caused a true and correct copy of the above and foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF filing platform. Notice of this filing will automatically be sent to all parties by operation of the Court's electronic filing system.

/s/ Kraig D. Jennett_____
Kraig D. Jennett (Bar No. 261019)