UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BREWER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTTER.AI, INC.,<br><br>Defendant. | Case No. 5:25-CV-06911-EKL-VKD<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: August 15, 2025 |

[~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY GRANTED that Defendant has until November 10, 2025 to respond to Plaintiff's Complaint.

This __10th__ day of October, 2025.

_____
Hon. Eumi K. Lee
United States District Judge