**CLARK HILL PLC**

Kraig D. Jennett, Esq. (261019)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington DC  20004
Telephone: (202) 772-0913
Facsimile: (202) 772-0919
Email: kjennett@clarkhill.com


Peter Berk (admitted pro hac vice)
pberk@ClarkHill.com
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone:   (312) 985-5900
Facsimile:    (312) 985-5999

*Attorneys for Defendant Otter.ai, Inc..*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: OTTER.AI PRIVACY LITIGATION | Case No. 5:25-cv-06911-EKL |
|  | [PROPOSED] ORDER ON FIRST STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS |
|  | Consolidated Comp. Filed: 12/5/2025 |
|  | JURY TRIAL DEMANDED |

Pursuant to the foregoing Stipulation, IT IS HEREBY GRANTED that Defendant has until April 10, 2026 to file its Reply in Support of its Motion to Dismiss.

**IT IS SO ORDERED.**


DATED:  March 25, 2026

_____
Judge Eumi K. Lee
United States District Judge

CASE NO.: 5:25-CV-06911-EKL

-1-

[PROPOSED] ORDER ON JOINT STIPULATION