UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JUSTIN BREWER,

Plaintiff,

v.

OTTER.AI INC.,

Defendant.

Case No. 25-cv-06911-EKL (VKD)

**INTERIM ORDER RE STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 71

On August 19, 2026, the parties filed a proposed stipulated protective order to govern the exchange of confidential material in discovery. Dkt. No. 71. The proposed protective order includes a paragraph 14.1, which states:

> Right to Further Relief. Nothing in this Order abridges the right of any person to seek its modification by the court in the future. Furthermore, without application to the Court, any party that has designated documents of information pursuant to this Order or a third-party that controls the confidentiality of the documents or information may, with notice to all other Parties hereto, enter a written agreement releasing any other party hereto from one or more requirements of this Order even if the conduct subject to the release would otherwise violate the terms herein.

*Id.* ¶ 14.1. The Court requires clarification regarding the portion of this provision that permits a designating party to "enter a written agreement releasing any other party hereto from one or more requirements of this Order even if the conduct subject to the release would otherwise violate the terms herein," without the Court's approval. Specifically, it is not clear which requirements of the proposed protective order the parties believe ought to be excusable by agreement, without a court order, and whether the parties intend to encompass requirements like the Court's dispute resolution procedures.

United States District Court
Northern District of California

United States District Court
Northern District of California

The Court also notes that the proposed protective order includes two paragraphs labeled "14.4." *Id.* at 20. The parties may wish to correct that error.

By **August 27, 2026**, the parties shall jointly file either (1) a response to this Order addressing the above issues, or (2) an amended proposed stipulated protective order that addresses the above issues, along with a redline version reflecting any modifications the parties made to the model order, in compliance with Judge DeMarchi's Standing Order for Civil Cases.[1]

**IT IS SO ORDERED.**

Dated: August 20, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge

[1] https://cand.uscourts.gov/sites/default/files/standing-orders/VKD-StandingOrderForCivilCases-7-2025.pdf