UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE OTTER.AI PRIVACY LITIGATION

Case No. 25-cv-06911-EKL

**AMENDED CASE MANAGEMENT & SCHEDULING ORDER**

Re: Dkt. Nos. 77, 78

On September 15, 2026, the parties submitted a joint motion to modify the scheduling order. Having reviewed the supporting papers and good cause appearing, the Court GRANTS the motion in part and MODIFIES the unexpired deadlines in the scheduling order as follows:

| Event | Deadline |
|---|---|
| Mid-Discovery Case Management Statement | February 23, 2027 |
| Deadline to Complete ADR | April 14, 2027 |
| Last day to move for class certification, and disclose supporting exert report(s) | May 13, 2027 |
| Last day to depose experts offered in support of class certification motion | June 24, 2027 |
| Filing of Opposition to Motion for Class Certification; disclose opposing expert report(s) and file *Daubert* motion(s) | July 1, 2027 |
| Last day to depose experts offered in opposition to class certification motion | July 29, 2027 |
| Filing of Reply in Support of Motion for Class Certification | August 5, 2027 |
| Last day to hear Class Certification Motion | September 15, 2027 |
| Trial-setting Conference | December 1, 2027 |

United States District Court
Northern District of California

United States District Court
Northern District of California

The parties may not modify these dates without leave of court. Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4). Given the length of the extensions granted by this Order, the Court is not inclined to further extend these deadlines.

**IT IS SO ORDERED.**

Dated: September 16, 2026

Eumi K. Lee
United States District Judge